1

2

3

4

5

6

7

8

9      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
10                 AT SEATTLE

11  ABDIKHADAR JAMA, an individual,          No.
    ANEB ABDINOR HIREY, an individual,
    ROGIYA DIGALE, an individual,            NOTICE OF REMOVAL
12  ABDISALAM MOHAMED, an individual,
    JASHIR GREWAL, an individual, UDHAM
13  SINGH, an individual, SUKDEV SINGH
    BASRA, an individual, KHALIF
14  MAHAMAD, an individual, JAMA DIRIA,
    an individual, AHMED F. GELLE, an
15  individual, and LUL SALAD, an individual,

16                  Plaintiffs,

17      v.

18  GCA SERVICES GROUP, INC., a foreign
    corporation,
19
                    Defendant.
20

21  TO:         All Plaintiffs and their Counsel

22  AND TO:     THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
23              WESTERN DISTRICT OF WASHINGTON

24          Defendant GCA Services Group, Inc., ("GCA") hereby provides notice of the removal of

25  the above-entitled action from the Superior Court of the State of Washington for King County at

26

NOTICE OF REMOVAL - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1    Seattle to the United States District Court for the Western District of Washington at Seattle

2    pursuant to 28 U.S.C. §§ 1332 and 1441.  The grounds for removal are as follows:

3        1.        On or about February 12, 2016, GCA was served with the Summons and

4    Complaint for this action.  A copy of the Summons and Complaint are attached to this Notice of

5    Removal as Exhibit A.  The Summons and Complaint were filed in the Superior Court of

6    Washington for King County on February 9, 2016, Case No. 16-2-03082-3 SEA.  Declaration of

7    Timothy J. O'Connell in Support of Defendants' Notice of Removal ("O'Connell Decl."), Exhs.

8    A and B.  The only other pleadings filed in the King County Superior Court in this case are the

9    Order Setting Civil Case Schedule, Case Information Cover Sheet, and Notice of Appearance.

10   O'Connell Decl., Exhs. A - E.

11       2.        GCA is a Delaware corporation and as reflected in the Complaint its principal

12   place of business is in Ohio.  There is thus complete diversity of citizenship between plaintiffs

13   and defendant.

14       3.        The amount in controversy of this putative class action exceeds $75,000.00.

15       4.        Under 28 U.S.C. § 1441(a), a defendant may remove to federal court a civil action

16   "brought in a State court of which the district courts of the United States have original

17   jurisdiction."  Pursuant to 28 U.S.C. § 1332(a), federal jurisdiction exists when the amount in

18   controversy exceeds $75,000.00 and the action is between citizens of different states.

19       5.        The Western District of Washington is the judicial district embracing the place

20   where this action is pending.  *See* 28 U.S.C. § 128(b).

21       6.        In accordance with 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 81(c), this Notice of

22   Removal is filed within thirty (30) days of Defendants' receipt of Plaintiff's initial pleading.  The

23   state court in which this action commenced is within this Court's district and division.

24   Therefore, this action is properly removable under 28 U.S.C. §§ 1441 and 1446.

25   / / /

26   / / /

NOTICE OF REMOVAL - 2

1      7.     In accordance with 28 U.S.C. § 1446(d), copies of this Notice of Removal will be

2  served on the Plaintiff and filed with the Clerk of the Superior Court for the State of Washington

3  for King County.

4       DATED:  March 4, 2016 at Seattle, Washington.

5

6                      STOEL RIVES LLP

7                      *s/Timothy J. O'Connell*
                             Timothy J. O'Connell, WSBA No. 15372

8                      600 University Street, Suite 3600
                      Seattle, WA  98101

9                      Telephone: (206) 624-0900
                      Facsimile: (206) 386-7500

10                   Email: tim.oconnell@stoel.com

11                   Counsel for Defendant GCA Services Group,
                      Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL - 3

83150137.1 0056784-00003                      STOEL RIVES LLP
                                        ATTORNEYS
                    600 University Street, Suite 3600, Seattle, WA  98101
                          *Telephone (206) 624-0900*

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on March 4, 2016, I electronically filed the foregoing with the Clerk

3 of the Court, and that copies of same were sent to the following attorneys of record by the

4 method indicated below:

5

6    Duncan C. Turner                               *via hand delivery*
     Badgley Mullins Turner PLLC
7    19929 Ballinger Way NE, Suite 200
     Seattle, WA 98155
8    Telephone: (206) 621-6566
     Facsimile: (206) 621-9686
9    Email: duncanturner@badgleymullins.com

10   Cleveland Stockmeyer                           *via hand delivery*
     Cleveland Stockmeyer PLLC
11   8056 Sunnyside Avenue North
     Seattle, WA 98103
12   Telephone: (206) 419-4385
     Email: cleve@clevelandstockmeyer.com

13   Daniel R. Whitmore                             *via hand delivery*
     Law Offices of Daniel R. Whitmore
14   2626 15th Avenue West, Suite 200
     Seattle, WA 98119
15   Telephone: (206) 329-8400
     Facsimile: (206) 329-8401
16   Email: dan@whitmorelawfirm.com

17        *Attorneys for Plaintiff*

18

19   DATED: March 4, 2016 at Seattle, Washington.

20

21                                  Debbie Dern, Practice Assistant

22

23

24

25

26

NOTICE OF REMOVAL - 4

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900