1

2

3

4

5

6

7                              STATE OF WASHINGTON
                           KING COUNTY SUPERIOR COURT
8

9   ABDIKHADAR JAMA, an individual, ANEB          )
    ABDINOR HIREY, an individual, ROGIYA          )   No. _____
    DIGALE, and individual, ABDISALAM            )
10  MOHAMED, an individual, JASHIR GREWAL,)
    an individual, UDHAM SINGH, an individual, )
11  SUKDEV SINGH BASRA, an individual,           )   SUMMONS
    KHALIF MAHAMAD, an individual, JAMA           )
12  DIRIA, an individual, AHMED F. GELLE, an     )
    individual, and LUL SALAD, an individual,    )
13                                                )
                      Plaintiffs,                 )
14          v.                                    )
                                                  )
15  GCA SERVICES GROUP, INC., a foreign          )
    corporation,                                  )
16                                                )
                      Defendant.                  )
17

18          A lawsuit has been started against you in King County Superior Court by Abdihadar

19  Jama, Aneb Abdinior Hirey, Rogiya Digale, Abdisalam Mohamed, Jasir Grewal, Udham

20  Singh, Sukdev Singh Basra, Khalif Mahamad, Jama Diria, Ahmed F. Gelle, and Lul Salad

21  ("Plaintiffs"). Plaintiff's claims are stated in the written Complaint, a copy of which

22  is served upon you with this Summons.

23          In order to defend against this lawsuit, you must respond to the Complaint by stating

24  your defense in writing and by serving a copy upon the undersigned attorney for Plaintiffs

25

26

SUMMONS - 1                              BADGLEY MULLINS TURNER PLLC
                                          19929 Ballinger Way NE, Suite 200
                                                 Seattle, WA 98155
                                                TEL 206.621.6566
                                                FAX 206.621.9686

within twenty (20) days after the service of this Summons; or if served outside the state of Washington, within sixty (60) days after service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiffs are entitled to what it asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiffs file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this Summons. Within fourteen (14) days after you serve the demand, the Plaintiffs must file this lawsuit with the Court or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 9th day of February, 2016.

BADGLEY MULLINS TURNER PLLC


/s/Duncan C. Turner
Duncan C. Turner, WSBA No. 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone:  (206) 621-6566
Facsimile:  (206) 621-9686
Email:  duncanturner@badgleymullins.com

SUMMONS - 2

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Exhibit A, Page 6 of 17

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CLEVELAND STOCKMEYER PLLC


/s/Cleveland Stockmeyer
Cleveland Stockmeyer, WSBA No. 21636
8056 Sunnyside Ave. N.
Seattle, WA 98103
Telephone: (206) 419-4385
Email: cleve@clevelandstockmeyer.com


LAW OFFICE OF DANIEL R. WHITMORE


/s/Daniel R. Whitmore
Daniel R. Whitmore, WSBA No. 24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Telephone: (206) 329-8400
Facsimile: (206) 329-84001
Email: dan@whitmorelawfirm.com

SUMMONS - 3

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Exhibit A, Page 7 of 17

1

2

3

4

5

6

7                           STATE OF WASHINGTON
                        KING COUNTY SUPERIOR COURT
8

9    ABDIKHADAR JAMA, an individual, ANEB      )
     ABDINOR HIREY, an individual, ROGIYA      )    No. _____
     DIGALE, and individual, ABDISALAM         )
10   MOHAMED, an individual, JASHIR GREWAL,    )
     an individual, UDHAM SINGH, an individual, )
11   SUKDEV SINGH BASRA, an individual,        )
     KHALIF MAHAMAD, an individual, JAMA       )    CLASS ACTION COMPLAINT
12   DIRIA, an individual, AHMED F. GELLE, an   )
     individual, and LUL SALAD, an individual,  )
13                                              )
                        Plaintiffs,             )
14          v.                                  )
                                                )
15   GCA SERVICES GROUP, INC., a foreign        )
     corporation,                               )
16   _____ )
                        Defendant.
17

18          Plaintiffs Abdihadar Jama, Aneb Abdinior Hirey, Rogiya Digale, Abdisalam Mohamed,

19   Jasir Grewal, Udham Singh, Sukdev Singh Basra, Khalif Mahamad, Jama Diria, Ahmed F. Gelle,

20   and Lul Salad ("Plaintiffs"), by their attorneys and on behalf of all others similarly situated (i.e.,

21   the "Class" as defined below), complain against Defendant and alleges as follows:

22                             **NATURE OF THE ACTION**

23          1.      Plaintiffs bring this class action individually and on behalf of the Class against

24   GCA Services Group, Inc. ("GCA") under Chapter 7.45, *et seq.*, of the City of SeaTac Municipal

25   Code, the City's minimum wage ordinance (the "Ordinance"), and for unjust enrichment, upon

26

Class Action Complaint - 1                 **BADGLEY MULLINS TURNER** PLLC
                                              19929 Ballinger Way NE, Suite 200
                                                    Seattle, WA 98155
                                                   TEL 206.621.6566
                                                   FAX 206.621.9686

personal knowledge as to themselves and their own acts, and as to all other matters upon

information and belief based on the investigation made by their attorneys.

2.      The facts giving rise to this action involve the Defendant's violations of the

Ordinance by failing to pay the prevailing minimum wage to hourly workers within the Class.

3.      As a result of Defendant's wrongful conduct, the Plaintiffs and the Class have

been injured.

## PARTIES

4.      Plaintiffs are all natural persons and at all times relevant hereto have been a

resident of King County, Washington.  During the time periods indicated in the table below and

during the relevant period, Plaintiffs worked for the Defendant in the capacities and at hourly

wage rates so indicated, all of which are less than $15.00.

| Plaintiff | Job | Hourly Rate | Start Date | End/Thru Date |
|---|---|---|---|---|
| Abdikhadar Jama | Driver | $10.70 | 6/15 | 8/15 |
| Aneb Abdinor Hirey | Driver | $12.79 | 2010 | Present |
| Regiya Digale | Driver | $10.30 | 2014 | Present |
| Abdisalam Mohamed | Shuttle Driver | $9.75/$10.30 | 2010 | Present |
| Jashir Grewal | Driver | $10.30 | 2011 | Present |
| Udham Singh | Driver | $10.30 | 4/3/14 | Present |
| Sukdev Singh Basra | Driver | $10.30 | 3/14 | Present |
| Khalif Mahamad | Driver | $9.25/$10.30 | 2011 | Present |
| Jama Diria | Driver | $10.30 | 2013 | Present |
| Ahmed F. Gelle | Driver | $10.30 | 2013 | Present |
| Lul Salad | Driver | $10.30 | 2014 | Present |

5.      Defendant GCA Services Group, Inc., is, on information and belief, a foreign

business entity with headquarters at 1350 Euclid Ave., Suite 1500, Cleveland, OH 44115.  GCA

provides travel service workers in the Seattle-Tacoma International Airport and otherwise within

the City of SeaTac.

6.      GCA's online promotional material describes it and its business as follows:

Class Action Complaint - 2

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

GCA Services Group, Inc. is a leading national provider of quality facility services, including janitorial/custodial services, contamination control for cleanroom manufacturing, facilities operations and maintenance, grounds management, in-sourced production staffing and labor management, diversified staffing, and more.

With over 37,000 employees in 46 states, the District of Columbia, and Puerto Rico, GCA serves a variety of sectors, including K-12 schools, higher education, manufacturing, corporate office buildings, high-tech, bio-pharmaceutical, nuclear power, energy & utilities, defense, the rental car market, and others. Our clients include numerous Fortune 100 companies.

Services [:]  Janitorial/Custodial, Green Cleaning, Cleanroom - Critical Environment Cleaning, Facilities Operations and Maintenance, Grounds Management, Rental Car Labor Management and Support Services, In-sourced Production Staffing and Labor Management, Staffing Services, Support Services, Recycling Programs

7.      On information and belief, within the boundaries of the City of SeaTac, GCA provides "Rental Car Labor management and Support Services," and/or other services that bring it within the minimum wage requirements of the Ordinance.

8.      GCA is the employer of the Plaintiffs and the Class.

## JURISDICTION AND VENUE

9.      The defendant is located or are doing business in King County, Washington.  The wrongful acts complained of here occurred in whole or in part in King County, Washington. This court had personal jurisdiction over the Defendant and subject matter jurisdiction over the matters related to this action.

Class Action Complaint - 3

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Exhibit A, Page 10 of 17

## SUBSTANTIVE ALLEGATIONS

10.    Section 7.45.050 of the Ordinance requires certain employers within the City to pay a $15 minimum wage to certain employees, subject to annual adjustments to be effective on January 1 of the next successive year.  The law became effective on January 1, 2014.

11.    The minimum wage for 2014 was $15 and for 2015 was $15.25.

12.    The two categories of employers that are subject to the Ordinance are identified as "Hospitality Employers" and "Transportation Employers."

13.    A Hospitality Employer is defined as follows:

> *"Hospitality Employer"* means a person who operates within the City any Hotel that has one hundred (100) or more guest rooms and thirty (30) or more workers or who operates any institutional foodservice or retail operation employing ten (10) or more nonmanagerial, nonsupervisory employees. This shall include any person who employs others providing services for customers on the aforementioned premises, such as a temporary agency or subcontractor.

14.    A Transportation Employer is defined as:

> *"Transportation Employer"* means:
> 1) A person, excluding a certificated air carrier performing services for itself, who:
>
>> a) operates or provides within the City any of the following: any curbside passenger check-in services; baggage check services; wheelchair escort services; baggage handling; cargo handling; rental luggage cart services; aircraft interior cleaning; aircraft carpet cleaning; aircraft washing and cleaning; aviation ground support equipment washing and cleaning; aircraft water or lavatory services; aircraft fueling; ground transportation management; or any janitorial and custodial services, facility maintenance services, security services, or customer service performed in any facility where any of the services listed in this paragraph are also performed; and

Class Action Complaint - 4

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1

2

        b) employs twenty-five (25) or more nonmanagerial, nonsupervisory employees in the performance of that service.

3

    2)  A transportation employer also includes any person who:

4

5

6

7

8

        a) operates or provides rental car services utilizing or operating a fleet of more than one hundred (100) cars; shuttle transportation utilizing or operating a fleet of more than ten (10) vans or buses; or parking lot management controlling more than one hundred (100) parking spaces; and
        b) employs twenty-five (25) or more nonmanagerial, nonsupervisory employees in the performance of that operation.

9

10

15.     The two categories of employees that are subject to the Ordinance are "Hospitality Workers" and "Transportation Workers."

11

12

13

16.     A Hospitality Worker is defined as:

        *"Hospitality Worker"* means any nonmanagerial, nonsupervisory individual employed by a Hospitality Employer.

14

15

16

17.     A Transportation Worker is defined as:

        *"Transportation Worker"* means any nonmanagerial, nonsupervisory individual employed by a Transportation Employer.

17

18

### FACTUAL ALLEGATIONS AS TO PLAINTIFFS

19

20

21

18.     As described more fully in the table found in Paragraph 4, above, the Plaintiffs were employed by GCA in the relevant time period in capacities governed by the Ordinance and were paid less than the then-prevailing minimum wage.

22

23

19.     By failing to pay the prevailing minimum wage, Defendant acted unlawfully and proximately caused damages to the Plaintiffs in an amount to be proven at trial.

24

25

26

Class Action Complaint - 5

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

## CLASS ALLEGATIONS

20.     Plaintiffs bring this class action pursuant to Civil Rule 23 on behalf of themselves and all members of the following Class:

> All employees of the Defendant who have been either Hospitality Workers or Transportation Workers and who worked one or more hours within the City of SeaTac at any time during the time period from January 1, 2014, to the present, and who were paid less than the prevailing minimum wage prescribed by City of SeaTac Ordinance 7.45.050.

21.     Plaintiffs reserve the right to amend or modify this Complaint and/or the Class definition after receiving Defendant's Answer and responses to meaningful discovery and/or in the motion for class certification.

22.     Members of the Class are so numerous and geographically dispersed that joinder of all Class members is impracticable. The precise number and identities of Class members are unknown to Plaintiff but should be obtainable through notice and discovery. Notice can be provided through a variety of means including publication, the cost of which is properly imposed on Defendant.

23.     Plaintiff will fairly and adequately protect the interests of all Class members and has retained counsel competent and experienced in class and employment litigation and who have been repeatedly found to be adequate to represent the interests of class members in other complex class actions.

24.     Plaintiff's claims are typical of the claims of the Class whose members sustained similar types of injury arising out of the conduct challenged in this action.  The injuries flow from the common nucleus of operative facts detailed above.

Class Action Complaint - 6

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

25.     There is a well-defined community of interest in the common questions of law and/or fact alleged herein since the rights of each Class member were infringed or violated in a similar fashion based upon Defendant's wrongdoing or arise out of similar legal obligations.

26.     The common questions of law and fact detailed in this Complaint predominate over any questions solely affecting individual Class members.  Defendant engaged in a common course of conduct giving rise to the legal rights sought to be enforced by Plaintiff and the Class members.  Individual questions, if any, pale by comparison to the numerous common questions that predominate.

27.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy because joinder of all Class members is impracticable. Furthermore, the expense and burden of individual litigation make it impossible for the Class members to individually redress the wrongs done to them.

28.     The claims in this action are manageable on a class-wide basis and can be the subject of a class-wide plan for litigating and resolving these issues.

29.     Defendant has also acted or have refused to act on grounds generally applicable to the Class, thereby making it appropriate to grant final declaratory and injunctive relief with respect to the Class as a whole.

## CAUSES OF ACTION

### Count 1 – Statutory Violations

30.     RCW 49.46.120 establishes Washington State's minimum wage and provides for enforcement of more favorable minimum wages that may be established federal, state, or local law or ordinance.

Class Action Complaint - 7

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

31.     Pursuant to RCW 49.46.090, "Any employer who pays any employee less than wages to which such employee is entitled under or by virtue of this chapter, shall be liable to such employee affected for the full amount of such wage rate, less any amount actually paid to such employee by the employer, and for costs and such reasonable attorney's fees as may be allowed by the court."

32.     Pursuant to RCW 49.52.050,

> Any employer or officer, vice principal or agent of any employer, whether said employer be in private business or an elected public official, who
>
> ***
>
> (2) Wilfully and with intent to deprive the employee of any part of his or her wages, shall pay any employee a lower wage than the wage such employer is obligated to pay such employee by any statute, ordinance, or contract;
>
> ***
>
> Shall be guilty of a misdemeanor.

33.     Pursuant to 49.52.070,

> Any employer and any officer, vice principal or agent of any employer who shall violate any of the provisions of RCW 49.52.050 (1) and (2) shall be liable in a civil action by the aggrieved employee or his or her assignee to judgment for twice the amount of the wages unlawfully rebated or withheld by way of exemplary damages, together with costs of suit and a reasonable sum for attorney's fees: PROVIDED, HOWEVER, That the benefits of this section shall not be available to any employee who has knowingly submitted to such violations.

34.     Defendant has violated the foregoing statutes and are liable to the Plaintiffs and the Class for actual damages, double damages, and attorneys' fees and costs.

<u>**Count 2 – Unjust Enrichment**</u>

35.     As described more fully above, the Defendant has been unjustly enriched by wrongfully withholding wages from the Class.

Class Action Complaint - 8

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

### Count 3 – Injunctive and Declaratory Relief

36.     As described more fully above, the Plaintiffs and the Class are entitled to a declaration of their right to be paid the prevailing minimum wage and an injunction prohibiting the Defendant from further violations of the Ordinance.

### PRAYER FOR RELIEF

Based upon the above allegations, Plaintiffs request the following relief as appropriate for each cause of action:

A.     An Order certifying that this action be maintained as a class action and appointing Plaintiff as Representative of the Class and his counsel as Class counsel;

B.     For all actual, incidental, consequential, exemplary and/or statutory damages as provided for by law under the above causes of action that permit such relief including double damages under RCW 49.52.050 and .070, or other monies expended by Plaintiff and members of the Class;

C.     For preliminary and permanent injunctive relief prohibiting, restraining and enjoining Defendant from engaging in the conduct complained of herein;

D.     For an award of attorneys' fees to the extent available under applicable law;

E.     For costs of suit herein incurred;

F.     For pre- and post-judgment interest; and/or

G.     For such other and further relief as this Court deems appropriate or which is allowed for in law or equity.

### DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all claims so triable as a matter of right, and for an advisory jury on all other causes of action.

Class Action Complaint - 9

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1   DATED this 9th day of February, 2016.

2

3                           BADGLEY MULLINS TURNER PLLC

4

5                           /s/Duncan C. Turner
                            Duncan C. Turner, WSBA No. 20597
6                           19929 Ballinger Way NE, Suite 200
                            Seattle, WA 98155
7                           Telephone: (206) 621-6566
                            Facsimile:  (206) 621-9686
8                           Email: duncanturner@badgleymullins.com

9

10                          CLEVELAND STOCKMEYER PLLC

11

12                          /s/Cleveland Stockmeyer
                            Cleveland Stockmeyer, WSBA No. 21636
13                          8056 Sunnyside Ave. N.
                            Seattle, WA 98103
14                          Telephone: (206) 419-4385
                            Email: cleve@clevelandstockmeyer.com
15

16

17                          LAW OFFICE OF DANIEL R. WHITMORE

18

19                          /s/Daniel R. Whitmore
                            Daniel R. Whitmore, WSBA No. 24012
20                          2626 15th Avenue West, Suite 200
                            Seattle, WA 98119
21                          Telephone: (206) 329-8400
                            Facsimile: (206) 329-84001
22                          Email: dan@whitmorelawfirm.com

23

24

25

26

Class Action Complaint - 10              BADGLEY MULLINS TURNER PLLC
                                          19929 Ballinger Way NE, Suite 200
                                                 Seattle, WA 98155
                                                 TEL 206.621.6566
                                                 FAX 206.621.9686