The Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDIKHADAR JAMA, an individual, ANEB ABDINOR HIREY, an individual, ROGIYA DIGALE, and individual, ABDISALAM MOHAMED, an individual, JASHIR GREWAL, an individual, UDHAM SINGH, an individual, SUKDEV SINGH BASRA, an individual, KHALIF MAHAMAD, an individual, JAMA DIRIA, an individual, AHMED F. GELLE, an individual, and LUL SALAD, an individual, <br><br> Plaintiffs, <br> v. <br><br> GCA SERVICES GROUP, INC., a foreign corporation, and AVIS BUDGET GROUP, INC., a foreign corporation, and AVIS RENT A CAR SYSTEM LLC, a foreign limited liability company. <br><br> Defendants. | Case No. 2:16-cv-00331 <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND FEES** <br><br> NOTE ON MOTION CALENDAR: May 17, 2017 |

## I. STIPULATION

Plaintiffs Abdikhadar Jama, Aneb Abdinor Hirey, Rogiya Digale, Abdisalam Mohamed, Jashir Grewal, Udham Singh, Sukdev Singh Basra, Khalif Mahamad, Jama Diria, Ahmed F. Gelle, and Lul Salad, (collectively, the "Plaintiffs") and Defendants GCA Services Group, Inc., ("GCA"), by and through their respective counsel of record, agree and stipulate that all of the

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND FEES- 1
Case No.: 2:16-cv-00331 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Plaintiffs' alleged claims against GCA are hereby dismissed with prejudice and without an award of costs or attorney's fees to either party. This stipulation does not alter or change the Plaintiffs' claims against Avis-Budget Group, Inc. and Avis-Rent-A-Car System, LLC.

**STIPULATED AND AGREED** this 16st day of May, 2017.

| BADGLEY MULLINS TURNER PLLC | STOEL RIVES LLP         WSBA No 45873 |
|---|---|
| /s/ Duncan C. Turner | /s/ Timothy J. O'Connell (signed by CW) |
| Duncan C. Turner, WSBA #20597 | Timothy J. O'Connell |
| Daniel R. Whitmore, WSBA #24012 | **Attorneys for Defendant GCA** |
| **Attorneys for Plaintiffs** | |

## II. ORDER

THIS MATTER having come before the Court on the stipulation of the parties and the foregoing stipulation being adequate and the Court deeming itself fully advised now, therefore it is hereby ORDERED that the Plaintiffs' claims solely against the Defendant GCA are hereby dismissed with prejudice and without the award of costs or attorney's fees to either party.

DATED this 18th of May, 2017.

_____
Honorable Robert S. Lasnik

Presented by:

**BADGLEY MULLINS TURNER PLLC**

/s/ Duncan C. Turner
Duncan C. Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: duncanturner@badgleymullins.com
**Attorneys for Plaintiff**

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS AND
FEES- 2
Case No.: 2:16-cv-00331 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

LAW OFFICE OF DANIEL R. WHITMORE

/s/ *Daniel R. Whitmore*
Daniel R. Whitmore, WSBA #24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Telephone: (206) 329-8400
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiff**


STOEL RIVES LLP        WSBA No. 45873

Timothy J. O'Connell, WSBA #45372
600 University St. Suite 3600
Seattle, WA 98101
Ph: (206) 624-0900 ex. 7562
E: tim.oconnell@stoel.com
**Attorney for Defendant GCA**

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS AND
FEES- 3
Case No.: 2:16-cv-00331 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686