United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABDIKHADAR JAMA, *et al.,* | JUDGMENT IN A CIVIL CASE |
| v. | |
| GCA SERVICES GROUP, INC., *et al..* | CASE NUMBER C16-331RSL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered against plaintiffs and in favor of defendants.


October 30, 2017                                William M. McCool
                                                                        Clerk


                                                                /s/Sharita Tolliver
                                                                By, Deputy Clerk